UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STEPHEN EARL BROOKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISHONORABLE JUDGES OF )<br>THE UNTIED STATES DISTRICT )<br>COURT OF TENNESSEE AT )<br>KNOXVILLE, *et al.*, )<br>)<br>Defendants. ) | No.: 3:25-CV-524-TAV-CRW |

## **ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on December 22, 2025 [Doc. 10]. In the R&R, Judge Wyrick granted plaintiff's Motion for Leave to Proceed *in forma pauperis* [*Id.* at 1; *see* Doc. 1]. However, after screening the complaint, Judge Wyrick recommended that the Court dismiss plaintiff's complaint with prejudice, declare plaintiff a vexatious litigant, and enjoin him from making future filings in this district without prior approval [Doc. 10, p. 12]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 10]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**

**with prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

       IT IS SO ORDERED.

                                          s/ Thomas A. Varlan
                                          UNITED STATES DISTRICT JUDGE

2

Case 3:25-cv-00524-TAV-CRW   Document 11   Filed 01/15/26   Page 2 of 2   PageID #: 165